1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2771                    **OK/HAV**

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )
                                )
12         Plaintiff            )   CR. NO. S-02-427-DFL
                                )
13                              )   JOINT STIPULATION TO CONTINUE
      v.                        )   STATUS CONFERENCE; ORDER
14                              )
                                )
15 DANNY VEAL                   )   DATE: November 3, 2005
                                )   TIME: 10:00 a.m.
16         Defendant.           )   COURT: Honorable David F. Levi
                                )
17                              )
   _____)
18

19      COMES NOW the United States by and through its attorneys
20 McGregor W. Scott, United States Attorney for the Eastern District
21 of California, and Kymberly A. Smith, Assistant United States
22 Attorney, for said district, as well as counsel for the defendant,
23 Quin Denvir, and respectfully request that this Court reschedule the
24 current status conference from November 3, 2005, at 10:00 a.m., to
25 November 17, 2005, at 10:00 a.m., due to the fact that counsel for
26 government will be out of town on November 3, 2005.
27      This is a post-appeal matter, so no exclusion of time is
28 necessary.

IT IS SO STIPULATED

DATED: October 17, 2005          McGREGOR W. SCOTT
                                 United States Attorney

                           By:   /s/ Kymberly A. Smith
                                 KYMBERLY A. SMITH
                                 Assistant U.S. Attorney

DATED: October 17, 2005          /s/ Kymberly A. Smith for Quin Denvir
                                 QUIN DENVIR
                                 Attorney for defendant, Danny Veal

_____

**ORDER**

The parties' stipulation regarding the re-scheduling of the status conference is accepted by the Court and the status conference scheduled for November 3, 2005, be and the same hereby is **CONTINUED** to November 17, 2005, at 10:00 a.m.

**IT IS SO ORDERED.**

October 19, 2005

_____
DAVID F. LEVI
United States District Judge