1 McGREGOR W. SCOTT
United States Attorney
2 KYMBERLY A. SMITH
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California  95814
4 Telephone: (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | CR. NO. S-02-427-DFL |
| | ) | |
| | ) | JOINT STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE; ORDER |
| | ) | |
| | ) | |
| DANNY VEAL | ) | DATE: November 17, 2005 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Honorable David F. Levi |
| | ) | |
| _____ | ) | |

   COMES NOW the United States by and through its attorneys McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney, for said district, as well as counsel for the defendant, Quin Denvir, and respectfully request that this Court reschedule the current status conference from November 17, 2005, at 10:00 a.m., to December 15, 2005, at 10:00 a.m., due to the fact that counsel for government will be out of town on November 17, 2005, for an unexpected business trip.

   This is a post-appeal matter, so no exclusion of time is

1

necessary.

IT IS SO STIPULATED

DATED: November 16, 2005		McGREGOR W. SCOTT
					United States Attorney

				By:	/s/ Kymberly A. Smith
					KYMBERLY A. SMITH
					Assistant U.S. Attorney

DATED: November 16, 2005		/s/ Kymberly A. Smith for Daniel
					Broderick for Quin Denvir
					QUIN DENVIR
					Attorney for defendant, Danny Veal

_____

**ORDER**

The parties' stipulation regarding the re-scheduling of the status conference is accepted by the Court and the status conference scheduled for November 17, 2005, be and the same hereby is **CONTINUED** to December 15, 2005, at 10:00 a.m.

**IT IS SO ORDERED.**

November 21, 2005


_____
DAVID F. LEVI
United States District Judge