QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DANNY VEAL                                              **OK/HAV**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-02-0427 DFL |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| DANNY VEAL, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff United States of America, by its counsel, Assistant United States Attorney Kymberly Smith, and defendant Danny Veal, by his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the status conference currently calendared for December 15, 2005 should be vacated, that the parties should be ordered to file briefs on the <u>Ameline</u> issue no later than January 12, 2006; and that the matter should be calendared for hearing on the <u>Ameline</u> issue on January 26, 2006 at 1:30 p.m.

/ / / / /

/ / / / /

/ / / / /

```
                              Respectfully submitted,

                              MCGREGOR SCOTT
                              United States Attorney


DATED:  December 5, 2005      /s/ Quin Denvir
                              Telephonically authorized to sign for
                              KYMBERLY SMITH
                              Assistant U. S. Attorney

                              Attorneys for Plaintiff




DATED:  December 5, 2005      /s/ Quin Denvir
                              QUIN DENVIR
                              Federal Defender

                              Attorney for Defendant
                              Danny Veal
```

**O R D E R**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: December __6, 2005

_____
DAVID F. LEVI
United States District Judge

U.S. v. Flocker
Stipulation/Proposed Order
CR S-05-00360 DFL                    2