QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Danny William Veal

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DANNY WILLIAM VEAL,<br><br>        Defendant. | CR S-02-0427 DFL<br><br>**REQUEST FOR APPOINTMENT OF COUNSEL AND [PROPOSED] ORDER** |

      Defendant Danny William Veal hereby requests that the appointment of the Office of the Federal Defender be terminated and that Quin Denvir be appointed as his counsel. Mr. Denvir has been handling the case since the Office was appointed by the Court. He will be retiring from the Office as of December 31, 2005. Defendant would like the appointment of the Office terminated and Mr. Denvir appointed as his new counsel, effective January 1, 2006.

December 21, 2005                  Respectfully submitted,


                                       /s/ Quin Denvir
                                       QUIN DENVIR
                                       Attorney for Danny William Veal

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: 12/22/2005

_____
DAVID F. LEVI
United States District Judge

United States v. Veal
02cr0427 DFL
Req. Appt. New Counsel           2